In the Matter of the Claim of JOSEPH HUMIENSKI, Appellant, against C. MILTON FOREMAN et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 3, 1938; decided January 11, 1938.

*Jeremiah F. Connor* for motion.

*Bernard H. Fitzpatrick* opposed.

Motion granted and appealed dismissed, with costs and ten dollars costs of motion.